■ PEOPLE OF THE STATE OF NEW YORK ex rel. STEWART L. ORDEN, on Behalf of HENGJUN CHAO, Petitioner, v KEVIN CHEVERKO, Respondent. [39 NYS3d 812]—Writ of habeas corpus in the nature of an application for bail reduction upon Westchester County indictment No. 16-1002 and to release the petitioner on his own recognizance or to set reasonable bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Westchester County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Leventhal, J.P., Chambers, Austin and LaSalle, JJ., concur.